No. 580. WARNER BROTHERS PICTURES, INC. ET AL. *v.* COLUMBIA BROADCASTING SYSTEM, INC. ET AL. C. A. 9th

972

Cir. Certiorari denied. *R. W. Perkins* for petitioners. *Joe Crider, Jr.* for the Columbia Broadcasting System, Inc. et al.; and *Abraham Marcus* for Hammett, respondents.

